IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANNIE LOIS FLOWERS, )<br>)<br>Plaintiff, )<br>)<br>v.  )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO.  1:04CV424-SRW<br>(WO) |

**ORDER**

Plaintiff brought the present action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying her benefits under the Social Security Act.  On May 8, 2006, this court reversed the decision of the Commissioner and remanded the case for further proceedings pursuant to sentence four of § 405(g).  Plaintiff's counsel has filed an application for an award of attorneys fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A).  Plaintiff's application seeks fees in the total amount of $3,737.20 for 24.2 hours of work before this court.  The Commissioner responds that the parties have conferred and agree that an award in the amount of $3,200.00 is appropriate.  Upon an independent review of the record, the court concludes that the position of the Commissioner in this litigation was not substantially justified and, further, that an award of $3,200.00 is reasonable.

For the foregoing reasons, it is

ORDERED  that the plaintiff's petition for attorney fees is GRANTED to the extent

that plaintiff is awarded EAJA fees in the total amount of $3,200.00, payable to plaintiff's counsel, Georgia H. Ludlum.

DONE, this 21st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE